UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 09-34698-JPC
§
HARRY J. JOZEFOWICZ §
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,004,591.00 | Assets Exempt: | $232,991.00 |
| Total Distributions to Claimants: | $3,469.45 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $1,844.81 | | |

3) Total gross receipts of $5,314.26 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $5,314.26 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $884,900.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,844.81 | $1,844.81 | $1,844.81 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $11,000.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $15,588.93 | $534,067.65 | $534,067.65 | $3,469.45 |
| **Total Disbursements** | $911,488.93 | $535,912.46 | $535,912.46 | $5,314.26 |

4). This case was originally filed under chapter 13 on 09/18/2009. The case was converted to one under Chapter 7 on 04/15/2010. The case was pending for 15 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/06/2011          By:  /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Federal Tax Refund | 1124-000 | $2,313.00 |
| 1966 Ford Mustang (inoperable) | 1129-000 | $3,000.00 |
| Interest Earned | 1270-000 | $1.26 |
| **TOTAL GROSS RECEIPTS** | | $5,314.26 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bridgeview Bank Group | 4110-000 | $856,900.00 | NA | $0.00 | $0.00 |
| | Bridgeview Bank Group | 4110-000 | $0.00 | NA | $0.00 | $0.00 |
| | Sherry Dailing | 4110-000 | $28,000.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $884,900.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,281.39 | $1,281.39 | $1,281.39 |
| DAVID P. LEIBOWITZ, Trustee | 2200-000 | NA | $64.94 | $64.94 | $64.94 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $492.50 | $492.50 | $492.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $5.98 | $5.98 | $5.98 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,844.81 | $1,844.81 | $1,844.81 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

**UST Form 101-7-TDR (10/1/2010)**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Treasurer | 5800-000 | $11,000.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$11,000.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bridgeview Bank Group | 7100-000 | NA | $534,067.65 | $534,067.65 | $3,469.45 |
| | City of Chicago | 7100-000 | $386.76 | NA | NA | $0.00 |
| | Visa | 7100-000 | $15,202.17 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$15,588.93** | **$534,067.65** | **$534,067.65** | **$3,469.45** |

**UST Form 101-7-TDR (10/1/2010)**

Case 09-34698   Doc 74   Filed 08/18/11   Entered 08/18/11 12:33:01   Desc Main
Document      Page 5 of 9

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1
Exhibit 8

| Case No.: | 09-34698-JPC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | JOZEFOWICZ, HARRY J. | | Date Filed (f) or Converted (c): | 04/15/2010 (c) |
| For the Period Ending: | 7/6/2011 | | §341(a) Meeting Date: | 11/02/2009 |
| | | | Claims Bar Date: | 08/12/2010 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 2 flat 4626 N. Kilpatrick Chicago, IL 60630 | $750,000.00 | $0.00 | DA | $0.00 | FA |
| 2 | Chicago Patrolman's C.U. checking | $0.00 | $0.00 | | $0.00 | FA |
| 3 | savings | $100.00 | $0.00 | DA | $0.00 | FA |
| 4 | household goods and furnishings | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 5 | wearing apparel | $100.00 | $0.00 | DA | $0.00 | FA |
| 6 | S&W 357 revolver | $100.00 | $0.00 | DA | $0.00 | FA |
| 7 | S&W 38 revolver | $100.00 | $0.00 | DA | $0.00 | FA |
| 8 | Glock 9 mm pistol | $200.00 | $0.00 | DA | $0.00 | FA |
| 9 | Western & Southern Life $50,000 universal | $628.00 | $0.00 | DA | $0.00 | FA |
| 10 | MetLife 25,000 Universal Life | $2,833.00 | $0.00 | DA | $0.00 | FA |
| 11 | Met Life 25,000 Universal life (ex spouse) | $2,127.00 | $0.00 | DA | $0.00 | FA |
| 12 | Texas life 50,000 Universal Life | $151.00 | $0.00 | DA | $0.00 | FA |
| 13 | Texas Life 25,000 Universal Life (daughter, age 9) | $1.00 | $0.00 | DA | $0.00 | FA |
| 14 | Texas Life 25,000 Universal Life (son, age 12) | $1.00 | $0.00 | DA | $0.00 | FA |
| 15 | Texas Life 25,000 universal life (son, age 11) | $1.00 | $0.00 | DA | $0.00 | FA |
| 16 | Prudential employer sponsored term face value $30,000 | $0.00 | $0.00 | DA | $0.00 | FA |
| 17 | The Chicago Regional Counsel of Carpenters Pesion Fund | $28,905.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | fully exempt | | | | | |
| 18 | Policemen's Annuity and Benefit Fund | $114,683.00 | $0.00 | DA | $0.00 | FA |
| 19 | Nationwide Retirement Solutions 401(k) | $76,000.00 | $0.00 | DA | $0.00 | FA |
| 20 | National Fidelitiy Services, LLC IRA | $861.00 | $0.00 | DA | $0.00 | FA |
| 21 | FOID (Illinois) | $0.00 | $0.00 | DA | $0.00 | FA |
| 22 | 1966 Ford Mustang (inoperable) | $6,800.00 | $3,400.00 | | $3,000.00 | FA |
| 23 | 1971 Ford Mustang (inoperable) | $1,800.00 | $0.00 | DA | $0.00 | FA |
| 24 | 2009 Ford Escape | $25,000.00 | $0.00 | DA | $0.00 | FA |
| 25 | Federal Tax Refund | $0.00 | $2,313.00 | DA | $2,313.00 | FA |
| INT | Interest Earned           (u) | Unknown | Unknown | | $1.26 | FA |

**TOTALS (Excluding unknown value)**                                                                                      **Gross Value of Remaining Assets**

$1,011,391.00          $5,713.00                                                      $5,314.26            $0.00

**FORM 1**

Page No: 2

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 09-34698-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | JOZEFOWICZ, HARRY J. | Date Filed (f) or Converted (c): | 04/15/2010 (c) |
| For the Period Ending: | 7/6/2011 | §341(a) Meeting Date: | 11/02/2009 |
| | | Claims Bar Date: | 08/12/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Major Activities affecting case closing:**
TDR to be prepared first quarter of 2011
Final Account sent to Tom for Approval.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2010 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2010 | DAVID LEIBOWITZ |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-34698-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | JOZEFOWICZ, HARRY J. | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******8820 | Checking Acct #: | ******4698 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/18/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/6/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/17/2010 | | Transfer From: #******4698 | | 9999-000 | $5,314.26 | | $5,314.26 |
| 12/17/2010 | 12000 | DAVID P. LEIBOWITZ | Trustee Expenses | 2200-000 | | $64.94 | $5,249.32 |
| 12/17/2010 | 12001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,281.39 | $3,967.93 |
| 12/17/2010 | 12002 | Lakelaw | Claim #: ; Amount Claimed: 492.50; Amount Allowed: 492.50; Distribution Dividend: 100.00; | 3110-000 | | $492.50 | $3,475.43 |
| 12/17/2010 | 12003 | Lakelaw | Claim #: ; Amount Claimed: 5.98; Amount Allowed: 5.98; Distribution Dividend: 100.00; | 3120-000 | | $5.98 | $3,469.45 |
| 12/17/2010 | 12004 | Bridgeview Bank Group | Claim #: 1; Amount Claimed: 534,067.65; Amount Allowed: 534,067.65; Distribution Dividend: 0.65; | 7100-000 | | $3,469.45 | $0.00 |
| | | | **TOTALS:** | | $5,314.26 | $5,314.26 | $0.00 |
| | | | Less: Bank transfers/CDs | | $5,314.26 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $5,314.26 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $5,314.26 | |

**For the period of 9/18/2009 to 7/6/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $5,314.26 |
| | |
| Total Compensable Disbursements: | $5,314.26 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,314.26 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/30/2010 to 7/6/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $5,314.26 |
| | |
| Total Compensable Disbursements: | $5,314.26 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,314.26 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2
Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 09-34698-JPC | **Trustee Name:** David Leibowitz |
| **Case Name:** | JOZEFOWICZ, HARRY J. | **Bank Name:** Sterling Bank |
| **Primary Taxpayer ID #:** | ******8820 | **Money Market Acct #:** ******4698 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 9/18/2009 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 7/6/2011 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/24/2010 | | Harry Jozefowicz | Debtor's settlement for estate interest in assets subject to court approval. | * | $5,313.00 | | $5,313.00 |
| | {22} | | $3,000.00 | 1129-000 | | | $5,313.00 |
| | {25} | | $2,313.00 | 1124-000 | | | $5,313.00 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.01 | | $5,313.01 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.23 | | $5,313.24 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.23 | | $5,313.47 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.22 | | $5,313.69 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.23 | | $5,313.92 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.22 | | $5,314.14 |
| 12/17/2010 | (INT) | Sterling Bank | Account Closing Interest As Of 12/17/2010 | 1270-000 | $0.12 | | $5,314.26 |
| 12/17/2010 | | Transfer To: #******4698 | | 9999-000 | | $5,314.26 | $0.00 |
| | | | **TOTALS:** | | $5,314.26 | $5,314.26 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $5,314.26 | |
| | | | **Subtotal** | | $5,314.26 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $5,314.26 | $0.00 | |

**For the period of 9/18/2009 to 7/6/2011**

| | |
|---|---|
| Total Compensable Receipts: | $5,314.26 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,314.26 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $5,314.26 |

**For the entire history of the account between 06/30/2010 to 7/6/2011**

| | |
|---|---|
| Total Compensable Receipts: | $5,314.26 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,314.26 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $5,314.26 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | |
|---|---|---|---|
| **Case No.** | 09-34698-JPC | **Trustee Name:** | David Leibowitz |
| **Case Name:** | JOZEFOWICZ, HARRY J. | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******8820 | **Money Market Acct #:** | ******4698 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 9/18/2009 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 7/6/2011 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $5,314.26 | $5,314.26 | $0.00 |

| **For the period of 9/18/2009 to 7/6/2011** | | **For the entire history of the case between 04/15/2010 to 7/6/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $5,314.26 | Total Compensable Receipts: | $5,314.26 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,314.26 | Total Comp/Non Comp Receipts: | $5,314.26 |
| Total Internal/Transfer Receipts: | $5,314.26 | Total Internal/Transfer Receipts: | $5,314.26 |
| | | | |
| Total Compensable Disbursements: | $5,314.26 | Total Compensable Disbursements: | $5,314.26 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,314.26 | Total Comp/Non Comp Disbursements: | $5,314.26 |
| Total Internal/Transfer Disbursements: | $5,314.26 | Total Internal/Transfer Disbursements: | $5,314.26 |